IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BYB BRANDS, INC., )<br>)<br>Plaintiff, )<br>) **Case No. 3:12-cv-00711-RJC-DCK**<br>v. )<br>)<br>MULTI-FLOW INDUSTRIES LP, )<br>)<br>Defendant. )<br>) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BYB Brands, Inc. dismisses its Complaint against Defendant Multi-Flow Industries LP, without prejudice.

Date: January 16, 2013

Respectfully submitted,

s/ J. Mark Wilson
J. Mark Wilson
N.C. State Bar No. 25763
Kathryn G. Cole
N.C. State Bar No. 39106
Moore & Van Allen PLLC
Suite 4700
100 North Tryon Street
Charlotte, NC 28202-4003
Telephone (704) 331-1000
Facsimile (704) 339-5981
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com

*Attorneys for BYB Brands, Inc.*